**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAWN C. MCGUIRE, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 26-5189** |
| | : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | : | |

# JUDGMENT ORDER

**AND NOW**, this 14th day of September 2026, upon studying Petitioner's pro se Petition to vacate (ECF 6) the May 20, 2026 arbitration award (ECF 9-5), Respondent's Opposition (ECF 9), Petitioner's untimely Reply (ECF 10), mindful of our limited scope of review under the Federal Arbitration Act challenging the Arbitrator's reasoning after demonstrating his consideration of the claimed issues, and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **DENY** the Petition (ECF 6) finding no basis to vacate the May 20, 2026 arbitration award (ECF 9-5);

2. **ENTER JUDGMENT** confirming the Arbitrator's May 20, 2026 arbitration award **in favor of Experian Information Solutions, Inc. and against Shawn C. McGuire, Jr.**; and,

3. **DIRECT** the Clerk of Court **close** this case.

**KEARNEY, J.**